O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER H. WILLIS, | Case No. CV 10-7390-JAK (DTB) |
| Plaintiff, | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| vs. | |
| VASQUEZ, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

///
///
///
///

IT THEREFORE IS ORDERED that defendant Vasquez's Motion for Judgment on the Pleadings is denied.

DATED: November 1, 2012

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE