HURRELL CANTRALL LLP
700 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES, CALIFORNIA 90017-4121
TELEPHONE (213) 426-2000

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Tyler H. Willis, | CASE No. CV10-7390 JAK (DTBx) |
|     Plaintiff, | [Assigned to Judge John A. Kronstadt, Courtroom "750"] |
| v. | |
| Vasquez, et al., | [**PROPOSED**] PROTECTIVE ORDER |
|     Defendants. | |

After full consideration of the Stipulation by the parties for a Protective Order, and for GOOD CAUSE SHOWN, IT IS HEREBY ORDERED:

1. That the information contained in the documents or items produced by the defendants DEPUTY ANTHONY D. VAZQUEZ, DEPUTY PEDRO L. GUERRERO, DEPUTY MARK V. FARINO, and DEPUTY JORGE F. SANCHEZ (hereinafter "defendants") in response to plaintiff's request for production of documents may contain inmates' names or inmate identification information which may fall within privacy protections of federal and state law. Specifically, as it relates to the identification of an inmate by name, identification number, or personal

identifying information, this protective order protects such inmates' names, identification number, and personal identifying information contained in the following documents and information the defendants will produce to plaintiff:

    (a) All writings regarding any incident of use of force or excessive force where defendant DEPUTY ANTHONY D. VAZQUEZ has been involved personally or has been a witness to the incident.

    (b) All writings regarding any incident of use of force or excessive force where defendant DEPUTY PEDRO L. GUERRERO has been involved personally or has been a witness to the incident.

    (c) All writings regarding any incident of use of force or excessive force where defendant DEPUTY MARK V. FARINO has been involved personally or has been a witness to the incident.

    (d) All writings regarding any incident of use of force or excessive force where defendant DEPUTY JORGE F. SANCHEZ has been involved personally or has been a witness to the incident.

2. The identification of an inmate by name, identification number, or personal identifying information contained in the documents shall not be divulged to: (1) any expert witness retained by the non-producing party or its attorney who has not agreed to be bound by this Order; and (2) any third party who is not directly involved in the above-entitled action without the written consent of the parties or the attorneys for the parties or further order of this Court.  Plaintiff will obtain a written disclosure as attached hereto as Exhibit A to this Joint Stipulation.

3. That working copies or file copies of documents or items containing such inmate confidential information, and information that may be protected by federal and state law, produced pursuant to this Protective Order can be made for: (1) the attorneys (including paralegals, law clerks, or other support personnel necessary for preparation of the case) for the parties; (2) the parties themselves; (3) experts retained by the opposing party who have agreed in writing to be bound by

1  this Protective Order; or (4) other persons agreeing in writing to be bound by this
2  Protective Order.  The identification of an inmate's name is to be used exclusively
3  in connection with the above-captioned action.  Any copies or other methods of
4  reproduction of the documents or items made pursuant to this Order shall be stored
5  and/or handled by the above-listed persons in a manner which will prevent the
6  unauthorized disclosure thereof.

7  4.  Should any document containing an inmate's name, identification
8  number, and/or personal identifying information be attached to a deposition
9  transcript or lodged with the Court, the name, identification number, and/or personal
10 identifying information of an inmate will be redacted from said document.

11 5.  That documents containing an inmate's name, identification number,
12 and/or personal identifying information pursuant to this Protective Order shall not
13 be used by the parties hereto for any purpose whatsoever other than for use in the
14 instant matter.

15 6.  That each expert, agent, representative or consultant who is permitted
16 by any attorney for the parties to view, examine, scan or otherwise inspect the
17 documents containing identification of inmates' names or personal identifying
18 information, pursuant to this Protective Order shall agree in writing to be bound by
19 this Protective Order.  A copy of this Protective Order shall also be delivered to each
20 of the above-listed persons by the attorneys for the parties.

21 7.  That no party to this action, attorneys for the parties (including law
22 clerks, paralegals or other support personnel necessary for preparation for trial
23 and/or trial), experts retained by the parties or the attorneys for the parties, agents or
24 representatives of the parties, will make copies or other types of reproductions, other
25 than working copies, file copies for the persons described in paragraph 2, or copies
26 necessary for use in the present action, of any document containing inmates' names,
27 identification number, and/or personal identifying information made or produced
28 pursuant to this Protective Order.

HURRELL CANTRALL LLP
700 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES, CALIFORNIA 90017-4121
TELEPHONE (213) 426-2000

8. The Court's Protective Order shall be subject to further review and order of this Court.

**IT IS SO ORDERED.**

DATED: January 16, 2013    By: _____
HON. DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

# **PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 700 South Flower Street, Suite 900, Los Angeles, California 90017-4121.

On January 10, 2013, I served true copies of the following document(s) described as **[PROPOSED] PROTECTIVE ORDER** on the interested parties in this action as follows:

Sonia Mercado, Esq.                 *Attorney for Plaintiff*
SONIA MERCADO & ASSOCIATES
5711 Slauson Avenue, Suite 100
Culver City, CA 90230
Telephone: (310) 410-2981
Facsimile: (310) 410-2957
E-mail: soniamer2002@yahoo.com

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address ysandoval@hurrellcantrall.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 10, 2013, at Los Angeles, California.

Yvonne Sandoval