Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
HURRELL CANTRALL LLP
700 South Flower Street, Suite 900
Los Angeles, California 90017-4121
Tel: (213) 426-2000 Fax: (213) 426-2020

Attorneys for Defendants DEPUTY ANTHONY D. VAZQUEZ, sued and served as DEPUTY SHERIFF VASQUEZ, MARK V. FARINO, JORGE F. SANCHEZ, PEDRO L. GUERRERO, COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, SHERIFF LEROY BACA, LT. XAVIER AGUILAR, and CAPT. DANIEL CRUZ

Sonia M. Mercado (SBN: 117060)
E-mail: soniamer2002@yahoo.com
SONIA MERCADO & ASSOCIATES
5711 West Slauson Ave., Suite 101
Culver City, CA 90230
Tel: (310) 410-2981; Fax: (310) 410-2957

Mark R. Pachowicz (SBN 138108)
E-mail: mark@pachowicz.com
LAW OFFICES OF MARK R. PACHOWICZ
771 E. Daily Drive, Suite 230
Camarillo, California 93010
Tel: 805-987-4975; Fax: 805-987-4980

Co-Counsels for Plaintiff Tyler Willis

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER H. WILLIS<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY D. VASQUEZ, MARK V. FARINO, PEDRO L. GUERRERO, LIEUTENANT XAVIER AGUILAR, CAPTAIN DANIEL CRUZ, SHERIFF LEROY BACA, LOS ANGELES COUNTY AND LOS ANGELES COUNTY SHERIFF DEPARTMENT,<br>    Defendants. | CASE NO. CV 10-7390 JAK (DTBx)<br><br>**STIPULATIOIN RE ENTRY OF SPECIAL VERDICT RE AMOUNT OF PUNITIVE DAMAGES** |

WHEREAS, on October 11, 2013, a unanimous Jury returned a Special Verdict finding that the conduct of Defendants DEPUTY ANTHONY D. VASQUEZ, DEPUTY MARK V. FARINO, DEPUTY PEDRO L. GUERRERO, CAPTAIN DANIEL CRUZ and SHERIFF LEROY BACA was malicious, oppressive, or in reckless disregard of Plaintiff's rights.

WHEREAS, on September 15, 2013, in lieu of proceeding to an additional phase of trial to allow the jury to consider the amount of punitive damages, Defendants DEPUTY ANTHONY D. VASQUEZ, DEPUTY MARK V. FARINO, DEPUTY PEDRO L. GUERRERO, CAPTAIN DANIEL CRUZ and SHERIFF LEROY BACA agreed and stipulated by and through their attorneys of record Thomas Hurrell, of Hurrell & Cantrall, with Plaintiff TYLER H. WILLIS by and through his attorneys of record, Sonia Mercado of Sonia Mercado & Associates and Law Offices of Mark Pachowicz, that the amount of Punitive Damages in favor of Plaintiff TYLER H. WILLIS as to each defendant shall be as follows:

| | |
|---|---|
| DEPUTY ANTHONY D. VASQUEZ | $10,000.00 |
| DEPUTY MARK V. FARINO | $10,000.00 |
| DEPUTY PEDRO L. GUERRERO | $10,000.00 |
| CAPTAIN DANIEL CRUZ | $35,000.00 |
| SHERIFF LEROY BACA | $100,000.00 |

This Stipulation shall not constitute a waiver or forfeiture of the right to contest any portion of the judgment by way of post-trial or appellate remedies.

The parties agree and stipulate that this stipulated punitive damages verdict shall be included in the Judgment to follow in this matter.

DATED: October 15, 2013                HURRELL CANTRALL LLP

By: /S/ Thomas C. Hurrell
THOMAS C. HURRELL
Attorneys for Defendants ANTHONY D. VAZQUEZ, MARK V. FARINO, PEDRO L. GUERRERO, SHERIFF LEROY BACA, and CAPT. DANIEL CRUZ

DATED: October 15, 2013                SONIA MERCADO & ASSOCIATES

By: /S/ Sonia M. Mercado
SONIA MERCADO, Co- Counsels for Plaintiff TYLER H. WILLIS

DATED: October 15, 2013                LAW OFFICES OF MARK R. PACHOWICZ

By: /S/ Mark R. Pachowicz
MARK R. PACHOWICZ, Co- Counsels for Plaintiff TYLER H. WILLIS