HURRELL CANTRALL LLP
700 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES, CALIFORNIA 90017-4121
TELEPHONE (213) 426-2000

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Tyler H. Willis,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Vasquez, et al.,<br><br>　　　　Defendants. | CASE No. CV10-7390 JAK (DTBx)<br><br>[Assigned to Judge John A. Kronstadt, Courtroom "750"]<br><br>**JUDGMENT ON JURY VERDICT**<br><br>**JS-6**<br><br>Trial Date:  September 26, 2013 |

TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

　　The above entitled action came on regularly for trial on September 26, 2013, before Judge John A. Kronstadt in Courtroom 750, of the U.S. District Court, Central District of California.  Plaintiff TYLER H. WILLIS was represented by and through his attorneys of record, Sonia Mercado, Esq. of Sonia Mercado & Associates, and Mark Pachowicz of the Law Offices of Mark Pachowicz. Defendants DEPUTY ANTHONY D. VAZQUEZ, DEPUTY MARK V. FARINO, DEPUTY JORGE F. SANCHEZ, DEPUTY PEDRO L. GUERRERO, SERGEANT CHARLES McDANIEL, LIEUTENANT XAVIER AGUILAR, CAPTAIN DANIEL CRUZ, SHERIFF LEE BACA, COUNTY OF LOS ANGELES, and LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, were represented by Thomas C. Hurrell, Esq. and Diane Martinez, Esq. of Hurrell Cantrall LLP.

　　A jury of eight (8) were regularly impaneled and sworn.  Witnesses were

sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury with directions to return a verdict on special issues. The jury deliberated and thereafter returned into Court with its verdict consisting of the special issues submitted to the jury and the answers given thereto by the jury.

**Specifically, the jury found the following special verdict on the following questions submitted:**

## SPECIAL VERDICT FORM

Answer the questions below unless the directions advise you not to answer a specific question.

DEPUTY DEFENDANTS (UNLAWFUL SEARCH CLAIM)

**QUESTION NO. 1:** Did the plaintiff prove the following defendant(s) violated plaintiff's Fourteenth Amendment rights in relation to the search of plaintiff's person?

    Please answer separately as to each defendant:

    a.   Anthony Vazquez

        YES _____    NO ___X____

    b.   Mark Farino

        YES _____    NO ___X____

    c.   Pedro Guerrero

        YES _____    NO ___X____

    d.   Jorge Sanchez

        YES _____    NO ___X____

**Answer Question No. 2 only if you answered "YES" to Question No. 1 and only as to that defendant(s).**

**QUESTION NO. 2:** Did the plaintiff prove the defendant(s)'s conduct was the moving force that caused injury to plaintiff as to the violation of plaintiff's Fourteenth Amendment rights in relation to the search of plaintiff's person?

Please answer separately as to each defendant:

    a.    Anthony Vazquez

         YES _____    NO _____

    b.    Mark Farino

         YES _____    NO _____

    c.    Pedro Guerrero

         YES _____    NO _____

    d.    Jorge Sanchez

         YES _____    NO _____

<u>DEPUTY DEFENDANTS (EXCESSIVE FORCE CLAIM)</u>

**QUESTION NO. 3:** Did the plaintiff prove the following defendant(s) violated plaintiff's Fourteenth Amendment rights in relation to the force used against plaintiff?

Please answer separately as to each defendant:

    a.    Anthony Vazquez

         YES ___X___    NO _____

    b.    Mark Farino

         YES ___X___    NO _____

    c.    Pedro Guerrero

HURRELL CANTRALL LLP
700 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES, CALIFORNIA 90017-4121
TELEPHONE (213) 426-2000

YES __X__     NO _____

**Answer Question No. 4 only if you answered "YES" to Question No. 3 and only as to that defendant(s).**

**QUESTION NO. 4:** Did the plaintiff prove the defendant(s)'s conduct was the moving force that caused injury to plaintiff as to the violation of plaintiff's Fourteenth Amendment rights in relation to the force used against plaintiff?

Please answer separately as to each defendant:

    a.    Anthony Vazquez

        YES __X__     NO _____

    b.    Mark Farino

        YES __X__     NO _____

    c.    Pedro Guerrero

        YES __X__     NO _____

DEPUTY DEFENDANTS (BATTERY)

**QUESTION NO. 5:** Did the plaintiff prove the following defendant(s) commit a battery upon plaintiff?

Please answer separately as to each defendant:

    a.    Anthony Vazquez

        YES _____     NO __X__

    b.    Mark Farino

        YES __X__     NO _____

    c.    Pedro Guerrero

        YES __X__     NO _____

**Answer Question No. 6 only if you answered "YES" to Question No. 5 and only as to that defendant(s).**

**QUESTION NO. 6:** Did the plaintiff prove the defendant(s)'s conduct was a substantial factor in causing injury to plaintiff?

   Please answer separately as to each defendant:

   a. Anthony Vazquez
      YES _____    NO _____

   b. Mark Farino
      YES __X__    NO _____

   c. Pedro Guerrero
      YES __X__    NO _____

DEPUTY DEFENDANTS (INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS)

**QUESTION NO. 7:** Did the plaintiff prove the following defendant(s) intentionally inflicted emotional distress upon plaintiff?

   Please answer separately as to each defendant:

   a. Anthony Vazquez
      YES __X__    NO _____

   b. Mark Farino
      YES __X__    NO _____

   c. Pedro Guerrero
      YES __X__    NO _____

   d. Jorge Sanchez
      YES _____    NO __X__

**Answer Question No. 8 only if you answered "YES" to Question No. 7**

1  and only as to that defendant(s).

3  **QUESTION NO. 8:** Did the plaintiff prove the defendant(s)'s conduct was a substantial factor in causing injury to plaintiff as to the intentional infliction of emotional distress against plaintiff?

Please answer separately as to each defendant:

    a.    Anthony Vazquez
        YES __X__   NO _____

    b.    Mark Farino
        YES __X__   NO _____

    c.    Pedro Guerrero
        YES __X__   NO _____

    d.    Jorge Sanchez
        YES _____   NO _____

DEPUTY DEFENDANTS (NEGLIGENCE)

**QUESTION NO. 9:** Did the plaintiff prove the following defendant(s) were negligent?

Please answer separately as to each defendant:

    a.    Anthony Vazquez
        YES __X__   NO _____

    b.    Mark Farino
        YES __X__   NO _____

    c.    Pedro Guerrero
        YES __X__   NO _____

    d.    Jorge Sanchez

HURRELL CANTRALL LLP
700 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES, CALIFORNIA 90017-4121
TELEPHONE (213) 426-2000

YES __X__     NO _____

**Answer Question No. 10 only if you answered "YES" to Question No. 9 and only as to that defendant(s).**

**QUESTION NO. 10:** Did the plaintiff prove the defendant(s)'s conduct was a substantial factor in causing injury to plaintiff?

Please answer separately as to each defendant:

a.  Anthony Vazquez

YES __X__     NO _____

b.  Mark Farino

YES __X__     NO _____

c.  Pedro Guerrero

YES __X__     NO _____

d.  Jorge Sanchez

YES _____     NO __X__

SUPERVISOR DEFENDANTS

**Answer Question No. 11 only if you answered "YES" as to any defendant in response to Question No. 2 or 4.**

**QUESTION NO. 11:** Did plaintiff prove the following supervisor defendant(s) violated plaintiff's Fourteenth Amendment rights in relation to the force used against plaintiff?

Please answer separately as to each supervisor defendant:

a.  Sergeant Charles McDaniel

YES _____     NO __X__

      b.     Lieutenant Xavier Aguilar

          YES ___X___      NO _____

      c.     Captain Daniel Cruz

          YES ___X___      NO _____

      d.     Sheriff Lee Baca

          YES ___X___      NO _____

**Answer Question No. 12 only if you answered "YES" to Question No. 11 and only as to that defendant(s).**

**QUESTION NO. 12:** Did the plaintiff prove the supervisor defendant(s)'s conduct was the moving force that caused injury to plaintiff?

     Please answer separately as to each defendant:

      a.     Sergeant Charles McDaniel

          YES _____      NO _____

      b.     Lieutenant Xavier Aguilar

          YES __X____      NO _____

      c.     Captain Daniel Cruz

          YES ___X___      NO _____

      d.     Sheriff Lee Baca

          YES __X____      NO _____

**Answer Question No. 13 only if you answered "YES" as to any defendant in response to Question No. 2, 4, 6, 8, or 10.**

**QUESTION NO. 13:** Did plaintiff prove that the following supervisor defendant(s) was negligent?

     Please answer separately as to each supervisor defendant:

  a. Sergeant Charles McDaniel

   YES \_\_X\_\_  NO _____

  b. Lieutenant Xavier Aguilar

   YES \_\_X\_\_  NO _____

  c. Captain Daniel Cruz

   YES \_\_X\_\_  NO _____

  d. Sheriff Lee Baca

   YES \_\_X\_\_  NO _____

**Answer Question No. 14 only if you answered "YES" to Question No. 13 and only as to that defendant(s).**

**QUESTION NO. 14:** Did the plaintiff prove the supervisor defendant(s)'s conduct was substantial factor in causing injury to plaintiff?

 Please answer separately as to each supervisor defendant:

  a. Sergeant Charles McDaniel

   YES _____  NO \_\_X\_\_

  b. Lieutenant Xavier Aguilar

   YES _____  NO \_\_X\_\_

  c. Captain Daniel Cruz

   YES \_\_X\_\_  NO _____

  d. Sheriff Lee Baca

   YES \_\_X\_\_  NO _____

<u>MUNICIPAL DEFENDANTS</u>

**Answer Question No. 15 only if you answered "YES" as to any defendant**

in response to Question No. 2 or 4.

**QUESTION NO. 15:** Did the plaintiff prove the deputy defendant(s) violated plaintiff's Fourteenth Amendment rights in relation to the force claim pursuant to an expressly adopted official policy or a longstanding practice or custom of defendants County of Los Angeles and Los Angeles County Sheriff's Department?

YES ___X___     NO _____

**Answer Question No. 16 only if you answered "YES" to Question No. 15.**

**QUESTION NO. 16:** Did the plaintiff prove the expressly adopted official policy or longstanding practice or custom of defendants County of Los Angeles and Los Angeles County Sheriff's Department was the moving force in causing injury to plaintiff?

YES ___X___     NO _____

**Answer Question No. 17 only if you answered "YES" as to any defendant(s) in response to Question Nos. 2, 4, 6, 8, 10, 12, 14, or 16. Otherwise, please answer no further questions, and have the foreperson sign and date and return this form.**

**QUESTION NO. 17:** What is the amount of damages, if any, that plaintiff incurred as a result of defendants' conduct?

    Past Non-Economic                     $___75,000_____

    Future Non-Economic                $___50,000_____

**Answer Question No. 18 only if you answered "YES" as to any**

**defendant(s) in response to Question Nos. 2, 4, 6, 8, 12, or 16.**

**QUESTION NO. 18:** Do you find that any conduct of any defendant(s) was malicious, oppressive, or in reckless disregard of any of the plaintiff's rights?

Please answer separately as to each defendant:

  a. Anthony Vazquez

    YES __X____  NO _____

  b. Mark Farino

    YES __X____  NO _____

  c. Pedro Guerrero

    YES __X____  NO _____

  d. Jorge Sanchez

    YES _____  NO ___X____

  e. Sergeant Charles McDaniel

    YES _____  NO ___X____

  f. Lieutenant Xavier Aguilar

    YES _____  NO ___X____

  g. Captain Daniel Cruz

    YES ___X___  NO _____

  h. Sheriff Lee Baca

    YES ___X___  NO _____

**QUESTION NO. 19:**

*The parties agreed and stipulated to have judgment entered against the following defendants for punitive damages in favor of plaintiff as follows:*

Anthony Vazquez    $__10,000_____

Pedro Guerrero    $__10,000_____

-11-

| | | |
|---|---|---|
| 1 | Mark Farino | $__10,000_____ |
| 2 | Daniel Cruz | $__35,000_____ |
| 3 | Leroy Baca | $__100,000_____ |

IT IS ORDERED, ADJUDGED AND DECREED that plaintiff TYLER H. WILLIS is entitled to judgment against defendants ANTHONY VAZQUEZ, MARK FARINO, PEDRO GUERRERO, XAVIER AGUILAR, DANIEL CRUZ, LEROY BACA, COUNTY OF LOS ANGELES, and LOS ANGELES COUNTY SHERIFF'S DEPARTMENT as set forth above.

DATED: November 6, 2013

*[signature]*

THE HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT COURT JUDGE