Sonia Mercado & Associates
5711 W. Slauson Ave., Suite 100
Culver City, CA 90230

Invoice submitted to:
Tyler Willis v Vazquez, et al. - Timekeeper R. Samuel Paz
C/O Sonia Mercado & Associates

February 22, 2014

In Reference To:   Court Case No. CV 10-7390 JAK

Invoice #2500

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| 7/5/2012 | RSP:<br>Research re: PRLA treastises re defs' burden  (0.4).<br>Office conference SMM re: PRLA treatises and LASD and legal factual merits of case re opp mtn dismiss (0.5). | 0.90<br>850.00/hr | 765.00 |
| 7/9/2012 | RSP:<br>Research and read Sapp v. Kimbrell (.4).<br>Review and revise opp to Defendants' mtn to dismiss (1.3). | 1.70<br>850.00/hr | 1,445.00 |
| 8/14/2012 | RSP:<br>Research and read Wilkins v. Gaddy re: deminimus injury not the test (.4).<br>Draft memorandum  re: deminimus injury as actionable (.5). | 0.90<br>850.00/hr | 765.00 |
| 9/7/2012 | RSP:<br>Research and read Spring Industries re: late filling (.3).<br>Research and read Wood v. Beauclair re: consent in prisoner context (.4).<br>Draft memorandum  re: CCJV hearing on retaliation re compliance with PRLA (.5). | 1.20<br>850.00/hr | 1,020.00 |
| 9/10/2012 | RSP:<br>Revise draft #1 of supp opp Plaintiff's points and authority (.6).<br>Review with comments SMM's declaration draft #2 for supp opp (.2).<br>Prepare draft #2 of supp opp Exh 1 re: Martinez's email (.2).<br>research Exh 2 re: LAC panel on Baca (.2).<br>Revise Plaintiff's new facts and law re supp opp to mtn to dismiss (.3 N/C). | 1.20<br>850.00/hr | 1,020.00 |
| 9/21/2012 | RSP:<br>Research PARC Reports 2006-2011 use force & jail violence. | 1.80<br>850.00/hr | 1,530.00 |

Tyler Willis v Vazquez, et al. - Timekeeper R. Samuel Paz                                                            Page     2

|            |                                                                                                                                                                              | Hrs/Rate          | Amount      |
|------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|-------------|
| 9/25/2012  | RSP:<br>Research and read Albino v. Baca provide SMM (.3 N/C).                                                                                                               | 850.00/hr         | NO CHARGE   |
| 9/26/2012  | RSP:<br>Draft Plaintiff's request to reply to Defendants (.7).                                                                                                               | 0.70<br>850.00/hr | 595.00      |
| 10/1/2012  | RSP:<br>Office conference with SM re evidence for naming Tanaka, Baca and Cruz, strategies (.6).                                                                             | 0.60<br>850.00/hr | 510.00      |
| 11/16/2012 | RSP:<br>Review, revise the 4th Amend Complaint re supervisor liability claim (.8).                                                                                           | 0.80<br>850.00/hr | 680.00      |
| 11/21/2012 | RSP:<br>Read, reviewed and edit 4th Amend Complaint (.9).                                                                                                                    | 0.90<br>850.00/hr | 765.00      |
| 1/7/2013   | RSP:<br>Read and analyze Defendants' settlement brief and prepare response on legal issues for SMM (.7).<br>Read and review SMM's settlement brief (.5).                     | 1.20<br>850.00/hr | 1,020.00    |
| 2/2/2013   | RSP:<br>Office conference with SMM re need assault load sheet PPI (.3 N/C)<br>Draft memorandum re: need for further discovery re supervisor and Monell issues (.7).          | 0.70<br>850.00/hr | 595.00      |
| 5/14/2013  | RSP:<br>Read and research CCJV final report re flashlight policy and Bobb 16th report re flashlight and attachments for SMM and MRP re Baca depo (.5 N/C).                   | 850.00/hr         | NO CHARGE   |
| 5/15/2013  | RSP:<br>Read and research the PPI Index and PARC Report Intro re exhibits for settlement brief (.4).<br>Read and research PPI from PARC Report pp 47-50 for settlement brief (.3 N/C). | 0.40<br>850.00/hr | 340.00      |
| 5/16/2013  | RSP:<br>Review CCJV report to select Exhs 2 and 3 for settlement brief (.5).                                                                                                 | 0.50<br>850.00/hr | 425.00      |
| 5/23/2013  | RSP:<br>Draft memorandum to SMM re: FAST CCJV misuse of faulty data (.7).<br>Research re: destruction of evidence: taser's latest training version 19 (.3).                  | 1.00<br>850.00/hr | 850.00      |
| 5/30/2013  | RSP:<br>Read and review Plaintiff's supp statement re: opp to protective order (.3 N/C);<br>Memorandum to SMM re Graham v Conner force standard (.3).                        | 0.30<br>850.00/hr | 255.00      |
| 5/31/2013  | RSP:<br>Research memorandum re: subpoena of med records (.6).<br>Review and revise quash subpoena for CDC records (.4 N/C).                                                  | 0.60<br>850.00/hr | 510.00      |

Tyler Willis v Vazquez, et al. - Timekeeper R. Samuel Paz                                                                 Page      3

|            |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                        | Hrs/Rate            | Amount   |
|------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---------------------|----------|
| 6/17/2013  | Custom and practice research: review and revise Cruz's Use of Force Reports (6 Reports) (.7).<br>Review and revise summary on use of force incident reports (N/C).                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                       | 0.70<br>850.00/hr   | 595.00   |
| 6/19/2013  | RSP:<br>Research evidence re custom and practice research: review Cruz's Use of Force Reports (9 Reports) (1.1);<br>Green Jason - Cruz's declaration re: use of force incident (.2);<br>Incident report re: use of force approved by Cruz (.2);<br>Smith Rodney - Cruz's declaration regarding use of force incident (.2);<br>Review and analyze Fogalman depo of Baca (.7)                                                                                                                                                                                                                                                                                                                                               | 2.40<br>850.00/hr   | 2,040.00 |
| 6/20/2013  | RSP:<br>research and give MRP copy of McCorkle memorandum  for Cruz depo                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                 | 0.20<br>850.00/hr   | 170.00   |
| 6/26/2013  | RSP:<br>Review letter to Ms. Martinez re: destruction of evidence (0.2 N/C).<br>Research re: destruction of evidence and motion for sanctions:<br>2003 X26 Operation Manual (.2 N/C);<br>2011 Taser Camera Operating Manual (.2 N/C);<br>2007 X26  Operation Manual (.2 N/C);<br>2005 X26  Operation Manual (.2 N/C);<br>2009-09-30 Law Enforcement Warnings (0.3);<br>2010-05-01 Law Enforcement Warnings with graphics (0.2);<br>2011-05-31 Law Enforcement Warnings with graphics (0.2);<br>2011-01-18 Training Bulletin Taser Camera Update (0.4);<br>2009-0112 Training Bulletin (.2 N/C);<br>2010 pp from X26 User V17 cardiac experts (0.2);<br>2012 2-15 Call for limits on use on police tasers/US deaths Amnesty International report (0.2 N/C). | 1.30<br>850.00/hr   | 1,105.00 |
| 6/27/2013  | RSP:<br>Research and read Montiel v. City of Los Angeles (.2).<br>Research and read Gilbrook v. City of Los Westminster (.1);<br>telephone conference with SMM and MRP re missing evidence (.1).                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                         | 0.40<br>850.00/hr   | 340.00   |
| 6/30/2013  | RSP:<br>Review and analyze Cruz's depo in Rodriguez v. COLA re notice jail violence.                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                     | 0.70<br>850.00/hr   | 595.00   |
| 7/2/2013   | RSP:<br>Read and analyze defendants' mtn to bifurcate (.4).<br>Read Ms. Martinez declaration in support of mtn to bifurcate (.2).                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                        | 0.60<br>850.00/hr   | 510.00   |
| 7/10/2013  | RSP:<br>Review letter to defendants' re: status of case (N/C;<br>office conference with Mr. Gasko, Mr. Pachowicz and SMM (2.5).                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          | 2.50<br>850.00/hr   | 2,125.00 |
| 7/15/2013  | RSP:<br>Research and read Fox re: FRE 803 on admissibility CCJV, etc (.4).                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                               | 0.40<br>850.00/hr   | 340.00   |

Tyler Willis v Vazquez, et al. - Timekeeper R. Samuel Paz                                                     Page     4

|            |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  | Hrs/Rate          | Amount    |
|------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|-----------|
| 7/16/2013  | RSP:<br>Research re admissibility of public reports (PARC, CCJV, OIR: read Green v. Baca re: FRE 803 (0.3).<br>Research and read FRE 801 part 1 annotated (0.6).<br>Research and read FRE 801 part 2 annotated (0.8).<br>Research and read Chatium re: party admission (.3).<br>Research and read Smity re: party admission (.2).<br>Research and read Gallager LASD re: party admission (.3)<br>Research and read Barns v. Wash re: FRE 803 (.2).<br>Research and read Sullivan re: FRE 803 (.6).<br>Research and read Mayshack re: FRE 803 (.3).<br>Research and read Roberts re: admissibility (.2).<br>Research and read Barry re: FRE 803 analysis (.3).<br>Research and read Volpe re: FRE 803 (.4).<br>Research and read Est Gonzalez re: FRE 803 (admissibility & authentication) (.6).<br>Research and read Garcia re: FRE 803 (.2).<br>Research and read Green v. Baca re: FRE 803 (.3).<br>Research and read Chandler re: FRE 803 (.4). | 66.00<br>850.00/hr | 56,100.00 |
| 7/17/2013  | RSP:<br>Research admissibility official reports: review In Aircrash Bali re: FRE 801 party admission (0.6).<br>Research and review Thomas v. Baca re: party admission (0.4).                                                                                                                                                                                                                       | 1.00<br>850.00/hr  | 850.00    |
| 7/18/2013  | RSP:<br>Custom and practice research: review Aguliar's depo summary (.5).<br>Legal research: research and read Johnson v. City re FRE 803 (.3).                                                                                                                                                                                                                                                   | 0.80<br>850.00/hr  | 680.00    |
| 7/23/2013  | RSP:<br>Review and analyze expert reports from Gerald Gasko and Richard Bryce re: issues of supervisor liability and custom and practice (2.3).                                                                                                                                                                                                                                                    | 2.30<br>850.00/hr  | 1,955.00  |
| 7/27/2013  | RSP:<br>Research and read Cunningham v. Gates re: opp defs motion bifurcation (.3).                                                                                                                                                                                                                                                                                                               | 0.30<br>850.00/hr  | 255.00    |
| 7/29/2013  | RSP:<br>Research re: motion reconsideration to compel Baca's depo and revise motion (1.7).                                                                                                                                                                                                                                                                                                        | 1.70<br>850.00/hr  | 1,445.00  |
| 8/7/2013   | RSP:<br>Prepare Plaintiff's reply reconsideration to Baca's opp to depo (.8).                                                                                                                                                                                                                                                                                                                     | 1.40<br>850.00/hr  | 1,190.00  |
| 8/8/2013   | RSP:<br>Draft 1 Plaintiff's motion in limine #2 to admit CCJV, OIR and Paralegal reports (4.1)                                                                                                                                                                                                                                                                                                    | 4.10<br>850.00/hr  | 3,485.00  |

Tyler Willis v Vazquez, et al. - Timekeeper R. Samuel Paz                                                              Page      5

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/9/2013 | RSP:<br>Research motion in limine no. 2 admissibility: read Clark re: prison investigations as evidence at trial (.3).<br>evidence supervisor Cruz, Baca and read Hill re: admission of prison riot investigation (.4).<br>Research re: lack of cross exam as defense to admissibility (.3).<br>Research court's determination on 803 (.8).<br>Research authentication by FRE 901 & 902 (.6);<br>Research sections of the Executive Summary/final Report of the CCJV Report for the 2nd motion in limine re exhibit 3 (.6);<br>Draft 2 of motion in limine 2, re: admission of CCJV Report (5.2).<br>Draft brief re: admissibility of public records (.4 N/C). | 8.20<br>850.00/hr | 6,970.00 |
| 8/10/2013 | RSP:<br>Research re motion in limine re sanctions destruction evidence: *nheuser-Busch, Inc. v. Natural Beverage Distributors*, *Leon v. IDX Systems Corp.*, *Wm. T. Thompson Co. v General Nutrition Corp.*, *MOSAID Techs. Inc. v. Samsung Elecs*. Co., *Kounelis v. Sherrer*, *Unigard Security Ins. Co. v. Lakewood Engineering & Manufacturing Corp.*, *Halaco Eng'g Co. v. Costle*, *Donato v. Fitzgibbons* (3.4)<br>Draft 1 plaintiff motion in limine re sanctions (4.5);<br>Draft proposed order (.5);<br>Prepare Exh 2 in support of motion in limine no. 1 (.2);<br>Review and revise motion in limine #11 non designated expert (.3 N/C);<br>Draft research memorandum  re: motive not part of objective reasonableness (.6);<br>Review and revise Plaintiff's general fact pattern (.5);<br>Review Plaintiff's order re motion in limine re spoliation (.2). | 9.80<br>850.00/hr | 8,330.00 |
| 8/11/2013 | RSP:<br>Telephone conference with MRP re motion in limine sanctions re facts taser (.2);<br>revise motion in limine sanctions with MRP comments/corrections re taser exhibits (2.2);<br>office conference with SMM re issue re Willis re CCJV admissible (.3);<br>research re plaintiff's motion in limine #2 to admit re CCJV, OIR and PARC reports: review CCJV report select pertinent sections: review allegations complaint, draft statement history/facts Kolts, PARC and OIR,  FRCP 803(8), begin draft facts (2.3);<br>research re points and authority: FRE 801 seq, *Moss v. Ole South Real Estate, Inc.*,, *Blake v. Pellegrino*,  *Beech Aircraft Corp. v. Rainey*, *Johnson v. City of Pleasanton*, *Keith v. Volpe, Gilbrook v. City of Westminster*, *Montiel v. City of Los Angeles*,, *In re Aircrash in Bali*, *Thomas v Baca*,, *Green v. Baca*, and shepardize, Review and analyze numerous L.A. Times articles (3.4);<br> Prepare Exh 1 in support of motion in limine #1 (.1N/C);<br>Prepare Exh 4 Michael Gennaco OIR Report for motion in limine 2 (.2);<br>Prepare Exh 5 re: staff and qualification PARC for motion in limine 2 (0.4);<br>Research and read Exh G4 re: Sanchez taser & flashlight policies (0.2);<br>Review and revise joint exhibit list (0.2);<br>Research and read Black re: error on FRE 803 ruling (0.6);<br>Read and review Sanchez's depo (0.6 N/C);<br>Read and review the 31st Semiannual Report PARC and 32nd Semiannual | 10.60<br>850.00/hr | 9,010.00 |

Tyler Willis v Vazquez, et al. - Timekeeper R. Samuel Paz     Page   6

| Date | Description | Hrs/Rate | Amount |
|---|---|---:|---:|
| | Report PARC re exhibits(0.8);<br>Prepare memorandum re: exclusion of expert witness testimony re: credibility (.4). | | |
| 8/11/2013 | RSP: | 10.00<br>850.00/hr | 8,500.00 |
| 8/12/2013 | RSP:<br>draft 2 plaintiff's motion in limine #2 to admit re CCJV, OIR and PARC reports (6.2);<br>revise plaintiff motion in limine #1 re sanctions (2.1);<br>draft 3 and finalize plaintiff motion in limine #2 admit CCJV etc. (.8). | 8.90<br>850.00/hr | 7,565.00 |
| | RSP:<br>Read and research US v. Lawson for motion in limine (.3).<br>Review appendix to motion in limine 2 (.4).<br>Finalize motion in limine 2, requesting admission of CCJV Report (4.1). | 4.80<br>850.00/hr | 4,080.00 |
| 8/14/2013 | RSP:<br>Read, research and outline Defendants' motion to bifurcate (.4);<br>Research and read FRE 407 re: subsequent remedial changes (.3). | 0.70<br>850.00/hr | 595.00 |
| 8/16/2013 | RSP:<br>Read and research De Anda re: bifurcation (.3).<br>Prepare Draft #1 of Plaintiff's opp to Defendants' motion in limine re: bifurcation (5.3). | 5.60<br>850.00/hr | 4,760.00 |
| 8/17/2013 | RSP:<br>Review FRCP Rule 16 re Law & Fact Requirements and LR Chapter 1 (0.3 - N/C).<br>Review Mark's depo clips relative to supervisor liability (0.6 - N/C).<br>Research memorandum on excessive force in jail rep re Monell (1.2)<br>Draft #1 memorandum re: Law & Fact (4.1)<br>Draft #2 of Plaintiff's opp to Defendants' motion in limine re: bifurcation (3.1)<br>Research and read FRCP 42b re: separate trials (0.3)<br>Research and read Green v. Baca re: bifurcation (0.2).<br>Research and read Miller re: bifurcation (0.2).<br>Research and read Homes Master (0.2).<br>Research and read US v. Williams (0.2).<br>Draft #3 of Plaintiff's opp to Defendants' motion in limine re: bifurcation (1.4)<br>Research and read FRE 403 (N/C). | 10.90<br>850.00/hr | 9,265.00 |
| | RSP:<br>Memorandum re: Law & Fact final draft, #3 (4.2).<br>Draft #2 of Opposition to Defendants' motion in limine #1(0.3).<br>Draft #3 of Opposition to Defendants' motion in limine #1(0.4).<br>Research and read Barnet as legal authority re: motion in limine #3/exclusion of prior fights (0.3 N/C).<br>Prepare addendum to Opposition to Defendants' motion in limine #5 (.3). | 5.20<br>850.00/hr | 4,420.00 |

Tyler Willis v Vazquez, et al. - Timekeeper R. Samuel Paz                                                                     Page      7

|            |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                 | Hrs/Rate          | Amount    |
|------------|---|---|---|
| 8/18/2013  | RSP:<br>Research opp def motion bifurcation: claim to personal liability of supervisors (0.4);<br>Research re: state claims (0.9 N/C);<br>Research and read legal authority:<br>Munoz re: intent & negligence (0.3);<br>Grudt re: intentional & negligence (0.4);<br>Hayes (0.5);<br>Berry v. Baca re: policy of inaction (0.4);<br>Oviatt re: policy of inaction (0.1);<br>Gomez v. Vernon re: conduct by supervisors (0.3);<br>Tubar re: denial of bifurcation (0.2);<br>Arnold re: denial bifurcation (0.3);<br>Robinson re: denial bifurcation (0.2);<br>Review Defendant supervisors' answer to 4th Amend Complaint supervisor/Monell issues:<br>McDaniel's (0.1);<br>Cruz (01.);<br>COLA (0.1);<br>Baca (0.2);<br>Aguilar (0.1)<br>Draft #2 memorandum  re Law & Fact (2.8);<br>Finalize opp to Defendants' motion in limine re: bifurcation (1.3);<br>Draft Opposition to Defendants' motion in limine #6 re: preclusion of reference to media coverage (1.6). | 9.40<br>850.00/hr | 7,990.00 |
| 8/19/2013  | RSP:<br>Revise memorandum  fact and law (2.6);<br>Draft opposition to defendants motion bifurcate (8.3). | 10.90<br>850.00/hr | 9,265.00 |
| 8/22/2013  | RSP:<br>Read, review and outline Defendants' opposition to Plaintiff's motion in limine 2 (0.6).<br>Read, review and outline Ms. Martinelli's declaration in support of Defendants' opposition to Plaintiff's motion in limine 2 (0.3).<br>Research and read Stevenson re: sanctions for destruction of audio tapes (0.3).<br>Research and read NHL re: bad faith sanctions (0.2).<br>Research and read Wyle re: dismissal (0.3).<br>Research and read Anheuser re: dismissal bc of evidence (0.4).<br>Research and read US v. Fed re: duty to preserve (0.3).<br>Research and read Lopez re: prose litigant and duty to preserve (0.4).<br>Research and read Leon re: dismissal (0.6).<br>Research and read Durham re: sanctions bc of evidence destruction (0.4).<br>Research and read USA v. Diabate re: dismissal and sanctions (0.1).<br>Research and read Cal GC 26202 re: destruction of video monitoring (0.2).<br>Research and read Nelson v COL GC 26202 re: act notice claim (0.2).<br>Review MRP's declaration in support of motion in limine #1 Reply (0.5) | 4.90<br>850.00/hr | 4,165.00 |
| 8/23/2013  | RSP:<br>Research and read Law Rev article re: duty to preserve evidence (0.3).<br>Research and read Law Review article re: pre-lit spoilatn (0.6). | 8.50<br>850.00/hr | 7,225.00 |

Tyler Willis v Vazquez, et al. - Timekeeper R. Samuel Paz                                                                                               Page      8

|  | Hrs/Rate | Amount |
|---|---|---|
| Research and read legal authority;<br>Pace v.RR re: duty to preserve evidence (0.2);<br>Donato re: cops' failure to preserve (0.3);<br>Residential re: sanctions for evidence destruction (0.2);<br>Wilson re: sanctions (0.4);<br>Dillon re: sanctions (0.2).<br>Research and read Defendants' legal authority,<br>Rainders (0.3);<br>US v. Myers cited in Reply to motion in limine #5 (0.3);<br>US v. Walker cited in Reply to motion in limine #5 (0.2).<br>Review Reply Exhibits 1-3 (0.4).<br>Prepare Reply to Defendants' opposition to Plaintiff's motion in limine #1 re destruction of evidence (5.1). | | |
| 8/24/2013 RSP:<br>Research def authority in opp plaintiff motion admit public reports:<br>Cotten exclusion of evidence FRE 401 (0.4);<br>Maddox exclusion of evidence FRE 407 (0.3).<br>Case law research in support of Reply to Defendants' opposition to Plaintiff's motion in limine (.2);<br>Garcia ruling re: FRE 803 (0.4);<br>Moss ruling re: FRE 803 (0.4);<br>McConnel re grand jury (0.5);<br>Wilson v. Beebe re: admissibility (0.7);<br>Young re: FRE 407 (0.2);<br>V&M Star re: FRE 407 (0.5);<br>Doyle re: feasability of precaution (0.4);<br>Allred re: FRE 407 (0.3);<br>Ramos re: FRE 407 (0.5);<br>Boing re; FRE 407 (0.2);<br>Swinton re: 407 (0.2);.5<br>Dollar re: FRE 407 (0.2).<br>US v. Day re: balancing (0.4).<br>Research Reply re: admissibility of CCJV reports (1.2).<br>Research and read legal authority:<br>Akiona v. US re: basis for spoliation (0.4);<br>Peschel re: destruction of arrest video (0.2);<br>Thomspon re: standard for sanctions in destruction of evidence (0.3);<br>Miller re: depo issue (0.2);<br>Davis re: depo issue (0.2);<br>Research and read FRCP 30 re: prisoner's depo (0.2);<br>Research issue of no depo without ct order (0.3);<br>Revise Reply to motion in limine #6 re: expert witnesses (0.3);<br>Revise Reply to motion in limine # 4 re: Dr Sisco (.3).<br>Revise Reply to motion in limine # 3 re: expert witness Bryce (.5). | 10.20<br>850.00/hr | 8,670.00 |
| 8/25/2013 RSP:<br>Research and read legal authority:<br>Homestead re: 801 not applicable (0.3);<br>US v. Grassi re: unfair prejudice (0.5);<br>Grover re: spoilatn standard (0.2).<br>Continue draft # 2 of Reply re: admissibility of CCJV Report (2.7). | 3.70<br>850.00/hr | 3,145.00 |

Tyler Willis v Vazquez, et al. - Timekeeper R. Samuel Paz                                              Page     9

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
|  | Read and review final draft of Reply to Defendants' opp to Plaintiff's motion in limine #1 (N/C).<br>Read and review final draft of MPR's declaration in support of Plaintiff's Reply to Defendants' opp to Plaintiff's motion in limine #1 (N/C). |  |  |
| 8/26/2013 | RSP:<br>Research and read legal authority;<br>FRCP 32 re: no waiver of depo (0.1);<br>Jorden re: 32(d)(3)(A) (0.3);<br>Sayre re: 32(d)(3)(A) (0.3);<br>Chronkite re: 32(d)(3)(A) (0.2).<br>Finalize Reply re: admissibility of CCJV Report (2.4).<br>Review and revise jury instructions discuss with MRP (0.5). | 3.50<br>850.00/hr | 2,975.00 |
| 8/27/2013 | RSP:<br>Research re: destruction of evidence:<br>Read Shocking the Conscious Taser & Excessive Use of Force, UCLA Law Review (0.1).<br>Read Power Down Tasers, 4th Amend NC LR 2013 (0.3).<br>Review and revise Plaintiff's witness list (N/C).<br>Review and revise Plaintiff's exh list (N/C).<br>Review and revise Plaintiff's final pretrial order (N/C);<br>Review and discuss def's Reply bifurcation with SMM (.4). | 0.80<br>850.00/hr | 680.00 |
| 8/28/2013 | RSP:<br>Read and research legal authority for jury instructions;<br>Serna re: force seizure (0.2);<br>Jonas re: civil detainees (0.2);<br>Danials re: county jails (0.2);<br>Hydrick re: Andrews holding (0.1);<br>Davis re: Andrews holding (0.3);<br>Hicks re: county jails (0.2).<br>Review and revise with notes:<br>proposed jury instructions (0.8);<br>proposed special verdict form (0.2);<br>proposed general verdict form (0.1). | 2.30<br>850.00/hr | 1,955.00 |
| 8/29/2013 | RSP:<br>Review and revise with notes proposed jury instructions (.4 N/C).<br>Review and revise with notes proposed general verdict form (0.5).<br>Review and made changes to new proposed jury instructions (1.5).<br>Review and revise final draft of joint pretrial order (.7);<br>Prepare memorandum re: severity of injury to Plaintiff factors (0.3). | 3.00<br>850.00/hr | 2,550.00 |
| 8/30/2013 | RSP:<br>Review joint list agreed upon and disputed jury instructions (.4 N/C);<br>Revised proposed jury instructions (0.3);<br>Draft memorandum re: objections and authority to defendants' proposed jury instructions (1.3);<br>Research and prepare jury instruction concurrent and causation (0.4);<br>Revise and draft memorandum re: objections and authority to defendants' proposed jury instructions (3.1); | 7.30<br>850.00/hr | 6,205.00 |

Tyler Willis v Vazquez, et al. - Timekeeper R. Samuel Paz                                    Page    10

|  | Hrs/Rate | Amount |
|---|---|---|
| Revise full proposed jury instructions (0.4);<br>Revise table of proposed jury instructions (0.3 N/C);<br>Prepare jury instruction re: error to refer to wealth of the parties (0.4);<br>Draft memorandum re: cost is no defense to refuse access to the courts (0.6);<br>Read and research Defendants' legal authority;<br>Forrester, re: jury instruction (0.3);<br>Tatum, re: jury instructions (0.2);<br>Read and research Andrews re: jury instructions (0.4);<br>Research re: destruction of evidence: Art Death By Taser So Much For "Non-Lethal" Police Weapons (0.2);<br>Review and revise joint proposed final FPTCO (.3 N/C).<br>Review and revise joint statement of case (.2 N/C). | | |
| 9/9/2013 RSP:<br>Research re: destruction of taser evidence; Gravelet-Blondin v. Shelton (0.3 N/C);<br>Office conference with SMM re FSC motions (.3). | 0.30<br>850.00/hr | 255.00 |
| 9/10/2013 RSP:<br>Research and read Martinez re: bifurcation (0.3). | 0.30<br>850.00/hr | 255.00 |
| 9/11/2013 RSP:<br>Draft memorandum re: list of cases in support of bifurcation post pre-trial conference order (1.2).<br>Draft memorandum re: cases holding admissibility of post event evidence (0.7).<br>Read and research legal authority in support of admissibility of post event evidence:<br>Venages v. Garlic (0.4);<br>Hunter v. Sac (0.5);<br>Gillette v. City (0.2);<br>Norwood (0.3);<br>Lazar (0.2);<br>Harper v. LAPD (0.4);<br>Fuller v. OC (0.3);<br>Dubner v. SF (0.3);<br>Chew v. Gates (0.2); | 4.70<br>850.00/hr | 3,995.00 |
| 9/12/2013 RSP:<br>Review and analyze Expert Richard Bryce's depo re: supervisor liability and custom and practice (0.5 N/C). | 850.00/hr | NO CHARGE |
| 9/18/2013 RSP:<br>Research Moreau analysis re 4th and 14th force (0.3);<br>Read and research legal authority;<br>Bell v. Wolfish re: pretrial v. conviction no post arraignment (0.3);<br>Pierce v. Multomah re: post arraignment (0.2).<br>Review and revise SMM's draft #1 of Plaintiff's trial brief (0.1).<br>Review and revise Plaintiff's trial brief re: standard for jury instructions, draft #2 (0.5). | 1.40<br>850.00/hr | 1,190.00 |

Tyler Willis v Vazquez, et al. - Timekeeper R. Samuel Paz                                                                Page    11

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 9/19/2013 | RSP:<br>Read and research Defendants' legal authority in support of order to preclude:<br>US v. Morgan (0.7).<br>Green v. Baca (0.3).<br>Morgan v. US (0.4). | 1.40<br>850.00/hr | 1,190.00 |
| 9/20/2013 | RSP:<br>Research re opp Baca mtn protective order from appearing in trial and read Atkins v. NY re: compelling testimony at trial (0.3).<br>Research and read Cummings re: compelling testimony at trial (0.3).<br>Research and read Story re: compelling testimony at trial (0.2).<br>Draft memorandum re: compelling prisoner plaintiff to trial (0.5).<br>Draft #1 of writ of habeas corpus ad testificandum (2.2). | 3.50<br>850.00/hr | 2,975.00 |
| 9/22/2013 | RSP:<br>Research and read legal authority re jury instructions re force:<br>Pierce v. City re: pretrial detainee arraignment (0.3);<br>Hudson re: no significant injury required (0.3);<br>Clem v. Lomeli re: error on failure to give jury instructions (0.4).<br>Hallstrom v. City re: detentions (0.2).<br>Draft #2 Supplemental Brief re: 4th Amend violation excessive use of force (0.3). | 1.50<br>850.00/hr | 1,275.00 |
| 9/23/2013 | RSP:<br>Research and read Defendants' legal authority jury instruction re force:<br>Lopes v. Butler re: prison riot (0.2);<br>Mitchell v. Arpaio re: use of force (0.2);<br>Frost v. Agnos (0.2).<br>Draft Plaintiff's supplemental points and authority re: 4th Amend violation jury instructions (1.4). | 2.00<br>850.00/hr | 1,700.00 |
| 9/30/2013 | RSP:<br>Revise plaintiff's special jury instruction #9 (0.3).<br>Draft responses re: limited jury instructions (1.3).<br>Research memorandum re: severity of injury to plaintiff as Graham factor (0.8). | 2.40<br>850.00/hr | 2,040.00 |
| 10/5/2013 | RSP:<br>Draft memorandum to SMM re: admissibility of pre-post events in support of CCJV brief (0.4). | 0.40<br>850.00/hr | 340.00 |
| 10/7/2013 | RSP:<br>Draft memorandum to SMM re: Plaintiff's ability to proceed Willis/ Monel claim even in the absence of subordinate liability (.4). | 0.40<br>850.00/hr | 340.00 |
| 11/18/2013 | RSP:<br>Review letter to Cantrall re: post trial motions (N/C). | 850.00/hr | NO CHARGE |
| 12/12/2013 | RSP:<br>review revise SMM joint stipulation re schedule motion new trial re decl (.2 N/C) | 850.00/hr | NO CHARGE |

Tyler Willis v Vazquez, et al. - Timekeeper R. Samuel Paz                                                                 Page      12

|            |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                            | Hrs/Rate         | Amount    |
|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|-----------|
| 12/13/2013 | RSP:<br>Office conference with SMM re prepare opp to defendants' mtn for new trial (.3);<br>summary review Documents 456- Defendant's documents in support of motion for new trial (.4);<br>.                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                              | 0.70<br>850.00/hr | 595.00   |
| 12/14/2013 | RSP:<br>review FRCP 59; 59-1; 59-2 (.3 N/C);<br>Research re Hudson v McMillian (.2);<br>research re Wilson Std motion new trial evidence damages (.3);<br>outline opp to defs' mtn for a new trial bifurcation (.6)<br>begin draft #1 opp motion new trial re admission ccjv (4.3)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          | 5.40<br>850.00/hr | 4,590.00 |
| 12/15/2013 | RSP:<br>research re Defendant's Mtn for a New Trial; Allstate re std 59(e) (.3);<br>Draft #1 opp motion for a new trial re CCJV and McCorkle (4.3).<br>continue draft #2 opp motion new trial issue, standard, admission CCJV/McCorkle (2.1).                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                               | 6.70<br>850.00/hr | 5,695.00 |
| 12/16/2013 | RSP:<br>Research re: Defendant's Motion for a New Trial;<br>Dawson re: bifurcation (0.3);<br>Merryshow re: bifurcation (0.2);<br>Thompson re: bifurcation (0.4);<br>OSU Students Alliance re: Iqbal (0.3);<br>Antione re: std on punies (0.2);<br>Chuman re: std for new trial jury instructions (0.2);<br>Consolidated Data re std (0.3);<br>Distaff re: no cross exam ok (0.2);<br>FRCP 59 (0.5);<br>Gilbrook v. city re: std for jury instructions (0.4);<br>Molski re: std for motion (0.2);<br>Parker re: causation ex UoF (0.3);<br>Sornia re: punis and proper award no new trial (0.1);<br>RSP:<br>continue research opp motion new trial:<br>Antoine std on punies (.2);<br>Chuman stan motion new trial jury instru (.2);<br>Consolidated Data stand motion new trial punies (.3);<br>Prepare Draft #2 of opp motion to Def's motion for a new trial re judgement, punies, supervisor liability (2.1).<br>Prepare Dradt #3 of opp motion to Def's motion for a new trial re bifurcation, intro and causation (3.5).<br>Prepare Dradt #4 of opp motion to Def's motion for a new trial re weight of evidence (1.5). | 11.40<br>850.00/hr | 9,690.00 |
| 12/17/2013 | RSP:<br>Kode re: motion standard of weight of evidence and abuse of discretion (0.3).<br>Revised draft of opp motion for a new trial to add SMM's<br> comments (1.6).                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                       | 1.90<br>850.00/hr | 1,615.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| Tyler Willis v Vazquez, et al. - Timekeeper R. Samuel Paz | | | | Page 13 |

| Date | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/12/2014 | RSP: | | 1.30 | 1,105.00 |
| | Research re: Defendant's Motion for a New Trial; | | 850.00/hr | |
| | Barns v. Butch re: pre-trial IM Ex UoF applies (0.3); | | | |
| | Cooksey v. Fields re: pre-trial IM Ex UoF applies (0.2); | | | |
| | Hoover v. Freeman re: dismissal fail to resp to MSJ (0.3); | | | |
| | Ramsey v. Fields re: pre-trial IM Ex UoF applies (0.2); | | | |
| | Smith v. Coleman re: convicted pro se per IM (0.3). | | | |
| 1/19/2014 | RSP: | | 5.30 | 4,505.00 |
| | Research re: Defendant's Mtn for a New Trial: | | 850.00/hr | |
| | Norwood v. Vance re: JI deference (0.4); | | | |
| | US v. Grassi re: undue prejudice (0.3); | | | |
| | US v. Ogles re: okay to change ruling on Motion in limine (0.3). | | | |
| | Revise opp to Def's motion for new trial re: CCJV and McCorkle, draft #1 (2.1). | | | |
| | Revise opp to Def's motion for new trial re: CCJV and McCorkle, draft #2 (2.2). | | | |
| 1/20/2014 | RSP: | | 4.40 | 3,740.00 |
| | Research re: Defendant's Mtn for a New Trial: | | 850.00/hr | |
| | DeAnda re: error to bifurcate intertwined (0.4); | | | |
| | Wang re: punies required shock the conscious (0.3); | | | |
| | US v. Doyle re: admission without foundation testimony (0.3). | | | |
| | Revise opp to Def's motion for new trial re: punis, supervisor liability and causation, Draft #3 (3.4) | | | |
| 1/21/2014 | RSP: | | 2.90 | 2,465.00 |
| | Revise opp to Def's motion for new trial re: bifurcation, draft #4 (1.3). | | 850.00/hr | |
| | Revise opp to Def's motion for new trial re: BoP and jury instructions, draft #5 (1.2); | | | |
| | Revise opp to Def's motion for new trial, final draft (0.4). | | | |
| 2/11/2014 | RSP: | | 0.90 | 765.00 |
| | Read and analyze Def's Reply to Opp Mtn for a New Trial (0.9). | | 850.00/hr | |
| 2/12/2014 | RSP: | | 0.70 | 595.00 |
| | Research re: Defendant's Mtn for a New Trial: | | 850.00/hr | |
| | Ohler v. US re: judge can change ruling on motion in limine (0.3); | | | |
| | US v. Day re: undue prejudice (0.2); | | | |
| | US v. Regna re: no foundation (0.2). | | | |
| | For professional services rendered | | 301.30 | $256,105.00 |
| | Balance due | | | $256,105.00 |