Sonia Mercado & Associates
5711 W. Slauson Ave., Suite 100
Culver City, CA 90230


Invoice submitted to:
Tyler Willis v Vazquez, et al. - Timekeeper Sonia M. Mercado
C/O Sonia Mercado & Associates


February 22, 2014

In Reference To:   Court Case No. CV 10-7390 JAK

Invoice #2500

    Additional Charges :

| Date | Description | Amount |
|---|---|---:|
| 7/6/2012 | Parking & Travel to MCJ.<br>Parking: 8.00<br>Mileage: 13.60 x2x .5 (round trip) = $13.60 | 21.60 |
| 7/8/2012 | Parking & Travel to MCJ.<br>Parking: 8.00<br>Mileage: 13.60 x2x .5 (round trip) = $13.60 | 21.60 |
| 7/9/2012 | Parking & Travel to MCJ.<br>Parking: 8.00<br>Mileage: 13.60 x2x .5 (round trip) = $13.60 | 21.60 |
| 7/12/2012 | Parking & Travel to MCJ.<br>Parking: 8.00<br>Mileage: 13.60 x2x .5 (round trip) = $13.60 | 21.60 |
| 7/16/2012 | Courier: court filing | 30.00 |
| 7/17/2012 | Parking & Travel to MCJ (facility on lockdown)<br>Parking: 8.00<br>Mileage: 13.60 x2x .5 (round trip) = $13.60 | 21.60 |
| 7/18/2012 | Parking & Travel to MCJ.<br>Parking: 8.00<br>Mileage: 13.60 x2x .5 (round trip) = $13.60 | 21.60 |
| 7/19/2012 | Courier: service | 40.00 |
| 7/25/2012 | Parking & Travel to MCJ.<br>Parking: 8.00<br>Mileage: 13.60 x2x .5 (round trip) = $13.60 | 21.60 |

Tyler Willis v Vazquez, et al. - Timekeeper Sonia M. Mercado                                                                                       Page     2

|            |                                                                                                          | Amount |
|------------|----------------------------------------------------------------------------------------------------------|--------|
| 8/1/2012   | Courier: pick up client from El Monte and bring to Culver City and return.                               | 52.00  |
| 8/14/2012  | Parking & Travel to Firm Hurrell & Cantrall meet counsel<br>Parking: 10.00<br>Mileage: 11.2 x2x .5 (round trip) = $11.10 | 11.10  |
| 8/16/2012  | Parking & Travel to Monrovia conference with Willis' grandparent.<br>Parking: -0-<br>Mileage: 33 x2x .5 (round trip) = $33.00 | 33.00  |
| 8/23/2012  | Parking & Travel to MCJ.<br>Parking: 8.00<br>Mileage: 13.60 x2x .5 (round trip) = $13.60                  | 21.60  |
| 9/10/2012  | Courier: deliver court courtesy copy                                                                     | 30.00  |
| 9/26/2012  | Courier: court courtesy copy                                                                             | 45.00  |
| 11/19/2012 | FedEx                                                                                                    | 24.88  |
| 11/26/2012 | Parking & Travel to Fed Ct Status Conference.<br>Parking: 8.00<br>Travel: 12.80x2x .50=$12.80             | 20.80  |
| 11/28/2012 | Courier: hand filing of 4th Amend Complaint AC and returned stamped copy to office.                      | 45.00  |
| 11/30/2012 | Courier re: deliver courtesy copy court.                                                                 | 30.00  |
| 12/3/2012  | Courier: service summons/complaint defendant Baca and McDaniel                                           | 192.00 |
| 12/4/2012  | Courier: attempt/deliver service summons/4th Amend Complaint Aguilar and Cruz)                           | 119.80 |
| 12/10/2012 | Postage:  mail S&C to 3 defendants w/ Proof of Service.                                                  | 5.70   |
|            | Postage:  mail S&C to 3 defendants w/ Proof of Service.                                                  | 5.70   |
| 12/12/2012 | Courier: deliver courtesy copy pleading to Judge Kronstadt.                                              | 30.00  |
| 12/18/2012 | Courier: hand deliver summons and complaint for Cruz in DLA.                                             | 40.00  |
| 1/3/2013   | telephone collect calls from Willis                                                                      | 38.63  |
| 1/17/2013  | Lunch conference w/ client.                                                                              | 17.38  |
| 1/18/2013  | Travel to El Monte conference with Parole Officer :<br>Mileage:24.9X2X.50 = $24.90                       | 24.90  |
| 1/22/2013  | Courier: to Hurrell & Cantrall pick up records and deliver to Plaintiff's Attorney.                      | 45.00  |

Tyler Willis v Vazquez, et al. - Timekeeper Sonia M. Mercado                                     Page     3

|            |                                                                                                                      | Amount   |
|------------|----------------------------------------------------------------------------------------------------------------------|----------|
| 2/13/2013  | Parking & Travel to MCJ client conference.<br>Parking: 8.00<br>Mileage: 13.60 x2x .5 (round trip) = $13.60            | 21.60    |
| 2/26/2013  | Parking & Travel to MCJ Jail Inspection<br>Parking: 8.00<br>Mileage: 13.60 x2x .5 (round trip) = $13.60               | 21.60    |
| 2/27/2013  | FedEx Willis' file to MRP.                                                                                           | 18.50    |
| 2/28/2013  | telephone collect calls from Willis                                                                                  | 6.90     |
| 3/20/2013  | Parking & Travel to MCJ conference with client.<br>Parking: 8.00<br>Mileage: 13.60 x2x .5 (round trip) = $13.60       | 21.60    |
| 3/26/2013  | Telephone: Monthly collect calls from Willis                                                                         | 15.90    |
| 3/27/2013  | Court reporter: Depo transcript Anthony Vazquez V. 1.                                                                | 1,647.45 |
|            | Depo Videographer: Deposition video Anthony Vazquez- part 1                                                          | 456.25   |
| 4/3/2013   | Parking & travel: to court in DLA for Willis' crim file (12 miles X2= $12.00).<br>Parking in DLA ($12).              | 24.00    |
|            | Courier: pick up and bring client to office.                                                                         | 30.00    |
| 4/15/2013  | Telephone: collect calls from Willis                                                                                 | 6.45     |
| 4/19/2013  | FedEx: expert                                                                                                        | 60.12    |
| 5/7/2013   | Court reporter: Depo transcript Jorge Sanchez                                                                        | 907.90   |
|            | Depo Videographer: Deposition video Jorge Sanchez                                                                    | 277.50   |
| 5/8/2013   | Court reporter: Depo transcript Pedro Guerrero                                                                       | 1,627.80 |
|            | Depo Videographer: Deposition video Pedro Guerrero                                                                   | 602.50   |
|            | Depostion: lunch client/self depo Pedro Guerrero                                                                     | 15.50    |
| 5/9/2013   | Court reporter: Depo transcript Mark Farino                                                                          | 1,373.95 |
|            | Deposition: lunch client/self deposition Mark Farino                                                                 | 15.50    |
|            | Depo Videographer: DVD of Mark Farino's depo.                                                                        | 537.50   |
| 5/14/2013  | Court reporter: Depo transcript Anthony Vazquez, Vol. 2                                                              | 289.05   |
|            | Depo Videographer: Deposition video Anthony Vazquez Part 2                                                           | 180.00   |

Tyler Willis v Vazquez, et al. - Timekeeper Sonia M. Mercado          Page     4

| Date | Description | Amount |
|---|---|---:|
| 5/15/2013 | Court reporter: Depo transcript Javier Valencia | 743.75 |
| | Depo Videographer: Deposition video Javier Valencia | 395.00 |
| | Cancellation of Deposition fee Chavez (afternoon depo). | 150.00 |
| 5/16/2013 | Courier: Deliver court courtesy copy | 40.00 |
| | Court reporter: Depo transcript Teresa Nuesca | 619.00 |
| | Depo Videographer: Deposition video Teresa Nuesca | 180.00 |
| 5/20/2013 | Parking & Travel to MCJ re authority settlement.<br>Parking: 8.00<br>Mileage: 13.60 x2x .5 (round trip) = $13.60 | 21.60 |
| 5/21/2013 | Courier: court courtesy copy | 69.00 |
| 5/22/2013 | Parking & Travel to fed ct in Riverside settlement conference.<br>Parking: 8.00<br>Mileage: 67.9x2x.50(roundtrip) = $67.90 | 75.90 |
| 5/23/2013 | Courier: deliver court courtesy copy | 30.00 |
| 6/3/2013 | Telephone: Monthly collect calls from Willis | 52.51 |
| 6/4/2013 | Courier: court courtesy copy | 32.12 |
| 6/6/2013 | Courier: service trial subpoena to Cap. Cruz @ Hurrell office | 95.00 |
| 6/7/2013 | Expert Gasko: Retainer fee, review records | 500.00 |
| 6/9/2013 | Courier: deliver court courtesy copy | 57.50 |
| 6/10/2013 | Parking & Travel fed ct. listen Baca testify:<br>Parking: $14.00<br>Mileage: 12.8 X2X.50 = $12.80; | 26.80 |
| | Courier: service Custodian records USC-MED CENTER | 60.00 |
| | Court reporter: Depo transcript Marco Sanchez | 487.15 |
| | Depo Videographer: Deposition video Marco Chavez | 180.00 |
| | Court Reporter: Deposition Marco Chavez. | 487.15 |
| 6/12/2013 | Court reporter: Depo transcript Mark Renfrow | 617.10 |
| | Depo Videographer: Deposition video Mark Renfrow | 212.50 |

Tyler Willis v Vazquez, et al. - Timekeeper Sonia M. Mercado                                                                    Page      5

|            |                                                                                        | Amount   |
|------------|----------------------------------------------------------------------------------------|---------:|
| 6/14/2013  | Courier: Pick up Client bring to office, return home.                                  | 85.00    |
| 6/18/2013  | Court reporter: Depo transcript Charles McDaniel                                       | 1,607.20 |
|            | Depo Videographer: Deposition video Charles McDaniel                                   | 440.00   |
|            | Deposition: lunch during deposition of McDaniel                                        | 6.00     |
|            | Parking & Travel: to 1310 Willis. Imperial Hwy. 9.9 miles x 0.50 = 9.90                | 9.90     |
| 6/19/2013  | Lunch w/ client during depo.                                                           | 15.50    |
|            | Court reporter: Depo transcript Xavier Aguilar                                         | 1,628.65 |
|            | Depo Videographer: DVD of Xavier Aguilar's depo.                                       | 570.00   |
| 6/20/2013  | Depo Videographer: Deposition video Capt. Daniel Cruz                                  | 667.50   |
|            | Court reporter: transcript of Capt. Daniel Cruz                                        | 1,989.65 |
|            | Deposition: lunch for client/self deposition Capt. Daniel Cruz                         | 18.70    |
| 6/26/2013  | FedEx: expert                                                                          | 35.81    |
| 6/28/2013  | Deposition: lunch MRP/self deposition Wellendorf.                                      | 16.50    |
|            | Depo Videographer: Deposition video Robert Wellendorf                                  | 505.00   |
|            | Court Reporter: transcript depo Robert Wellendorf                                      | 1,492.05 |
| 7/1/2013   | Postage                                                                                | 2.52     |
| 7/3/2013   | Postage                                                                                | 6.50     |
| 7/10/2013  | Courier: delivery courtesy copy court docs.                                            | 30.00    |
|            | Expert: Breakfast conference with Mr Gasko                                             | 18.41    |
|            | Expert Gasko: Travel to L.A. conference with counsels.                                 | 2,624.80 |
| 7/11/2013  | Expert Grogan: medical records review                                                  | 875.00   |
| 7/12/2013  | Los Angeles Records Service: certified LAC/USC records cancelled.                      | 41.75    |
| 7/17/2013  | Telephone: collect calls from Willis.                                                  | 3.45     |
| 7/18/2013  | Expert Gasko: review records, draft report, telephone consultations.                   | 5,250.00 |
| 7/23/2013  | Depo Videographer: Deposition video Mark Mccorkle                                      | 570.00   |

Tyler Willis v Vazquez, et al. - Timekeeper Sonia M. Mercado                                              Page     6

|  |  | Amount |
|---|---|---:|
| 7/23/2013 | Court Reporter: transcript of Sgt. Mark McCorkle | 2,823.39 |
| 7/25/2013 | Expert Grogan: Medical Exam Willis | 750.00 |
| 8/13/2013 | Copying cost re: Motion in Limine. | 64.58 |
|  | Courier: deliver courtesy copies to court numerous motions in limine. | 40.00 |
| 8/15/2013 | Courier: hand filing DVD re Motion in limine #1; and, delivery court courtesy copy of re- filing of DVD re Motion in Limine #1. | 40.00 |
|  | Courier: personal service copy of DVD re: Motion in Limine #1 to defendants' counsel. | 30.00 |
| 8/20/2013 | Copying cost for Opp to bifurcation. | 35.08 |
|  | Courier: delivery courtesy copy to court of 9 opp to bifurcation. | 40.00 |
| 8/24/2013 | Depo Videographer: Deposition video Richard Bryce | 537.50 |
|  | Court Reporter: Transcript deposition Richard Bryce | 1,335.15 |
| 8/27/2013 | Photocopy costs re: reply briefs. | 124.70 |
|  | Courier: delivery courtesy copies to court 11Reply Briefs. | 40.00 |
| 9/3/2013 | Courier: deliver court courtesy copies. | 30.00 |
| 9/6/2013 | Courier: lodge documents with court clerk. | 30.00 |
| 9/9/2013 | Parking & Travel to fed ct to attend Status Conference.<br>Parking: 8.00<br>Mileage: 12.8X2X .50 (roundtrip) = $12.80 | 20.80 |
| 9/12/2013 | Courier: deliver court courtesy copy | 35.00 |
| 9/16/2013 | Expert Gasko: review records, consultation. | 6,549.38 |
|  | Expert Grogan: Review of X-rays re Willis. | 350.00 |
| 9/17/2013 | Courier: deliver courtesy copy to Judge Kronstadt of Joint Pre-Trial Conference Order. | 35.00 |
| 9/20/2013 | Parking & Travel to fed ct to attend Exhibit Conference.<br>Parking: 8.00<br>Mileage: 12.8X2X .50 (roundtrip) = $12.80 | 20.80 |
| 9/23/2013 | Parking & Travel re: visit client re MCJ transport and visit;<br>Parking: $8.00<br>Mileage: 13.6x2.50=$13.60 | 21.60 |
| 9/24/2013 | Copying cost re: McDaniel's incident reports. | 75.16 |

Tyler Willis v Vazquez, et al. - Timekeeper Sonia M. Mercado                                          Page    7

|            |                                                                                                                                                                  | Amount |
|------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------:|
| 9/24/2013  | Parking & Travel re: status conference re Willis habeas<br>Parking: 8.00<br>Mileage: 12.8X2X .50 (roundtrip) = $12.80                                             | 20.80  |
|            | Courier: 1) deliver court courtesy copies; 2) deliver court orders to MCJ; 3) pick up check and deliver to LASD.                                                 | 175.00 |
| 9/25/2013  | Courier: 1) Obtain clothing for Willis; 2) deliver clothing to Willis at court; 3) deliver check to LASD                                                         | 125.00 |
|            | Cashier Check to LASD to transport and bring Willis to Trial (9.26.13).                                                                                          | 951.90 |
|            | 2nd Cashier Check to LASD to transport and bring Willis to Trial (9.27.13)                                                                                       | 951.90 |
| 9/26/2013  | Parking & Travel: attend trial.<br>Parking & Travel to fed ct to attend Status Conference.<br>Parking: 8.00<br>Mileage: 12.8X2X .50 (roundtrip) = $12.80          | 20.80  |
|            | Courier: 1) pick up officer Renfrow for court, wait and return Officer Renfrow home                                                                              | 125.00 |
|            | Trial meals: trial 1st day<br>(two LASD deputies, Client).                                                                                                       | 20.00  |
| 9/27/2013  | Courier: 1) pick up officer Renfrow for court, wait and return Officer Renfrow home                                                                              | 150.00 |
|            | Trial meals: trial 2nd day<br>(two LASD deputies, Client).                                                                                                       | 20.00  |
| 9/30/2013  | Parking & Travel re: MCJ client trial preparation<br>Parking: 8.00<br>Mileage: 13.6X2X .50 (roundtrip) = $13.60.                                                  | 21.60  |
| 10/1/2013  | Parking & Travel to MCJ re client preparation.<br>Parking: 8.00<br>Mileage: 13.6X2X .50 (roundtrip) = $13.60                                                      | 21.60  |
|            | Courier: 1) pick up cashier checks, 2) deliver check to LASD.                                                                                                    | 80.00  |
|            | 3rd Cashier Check to LASD to transport and bring Willis to Trial.                                                                                                | 951.90 |
|            | 4th Cashier Check to LASD to transport and bring Willis to Trial.                                                                                                | 951.90 |
| 10/2/2013  | Parking & Travel: fed ct to attend trial.<br>Parking: 8.00<br>Mileage: 12.6X2X .50 (roundtrip) = $12.60                                                           | 20.60  |
|            | Trial meals: Trial 3rd day<br>(two LASD deputies, Client).                                                                                                       | 20.00  |

Tyler Willis v Vazquez, et al. - Timekeeper Sonia M. Mercado                                                                                  Page        8

|            |                                                                                                                                 | Amount   |
|------------|---------------------------------------------------------------------------------------------------------------------------------|----------|
| 10/3/2013  | Parking & Travel: fed ct to attend trial.<br>Parking: 8.00<br>Mileage: 12.8X2X .50 (roundtrip) = $12.80                          | 20.80    |
|            | Trial meals: trial 4th day<br>(two LASD deputies, Client).                                                                      | 20.00    |
| 10/4/2013  | Parking & Travel: fed ct to attend trial.<br>Parking: 8.00<br>Mileage: 12.8X2X .50 (roundtrip) = $12.80                          | 20.80    |
|            | Expert Grogan: trial testimony                                                                                                  | 1,600.00 |
|            | Expert Gasko: trial travel, consultation and appearance.                                                                        | 3,113.95 |
|            | Trial meals: trial 5th day<br>(two LASD deputies, Client).                                                                      | 20.00    |
| 10/8/2013  | Parking & Travel: fed ct to attend trial.<br>Parking: 8.00<br>Mileage: 12.8X2X .50 (roundtrip) = $12.80                          | 20.80    |
|            | Trial meals: trial 6th day<br>(two LASD deputies, Client).                                                                      | 20.00    |
| 10/9/2013  | Parking & Travel: fed ct to attend trial.<br>Parking: 8.00<br>Mileage: 12.8X2X .50 (roundtrip) = $12.80                          | 20.80    |
| 10/10/2013 | Parking & Travel: fed ct to attend trial.<br>Parking: 8.00<br>Mileage: 12.8X2X .50 (roundtrip) = $12.80                          | 20.80    |
|            | Telephone: Monthly telephone collect calls from Willis                                                                          | 38.10    |
| 10/11/2013 | Parking & Travel to MCJ.<br>Parking: 8.00<br>Mileage: travel to MCJ from CT (N/C).                                               | 8.00     |
|            | Parking & Travel: fed ct to attend trial.<br>Parking: 8.00<br>Mileage: 12.8X2X .50 (roundtrip) = $12.80                          | 20.80    |
| 10/15/2013 | Parking & Travel re: jail visit client obtain authority settle punitive damages<br>Parking: $8.00                                | 8.00     |
|            | Parking & Travel: fed ct to attend punitive damages settlement place on record.<br>Parking: 8.00<br>Mileage: 12.8X2X .50 (roundtrip) = $12.80 | 20.80    |

Tyler Willis v Vazquez, et al. - Timekeeper Sonia M. Mercado                                      Page      9

|            |                                                                                              | Amount |
|------------|----------------------------------------------------------------------------------------------|--------|
| 10/17/2013 | Parking & Travel: fed ct re trial exhibit books.<br>Parking: 8.00<br>Mileage: 12.8X2X .50 (roundtrip) = $12.80 | 20.80 |
|            | Courier: Pick up from fed court trial exhibit books and boxes and deliver to office          | 40.00  |
| 10/18/2013 | Parking & Travel: MCJ client conference<br>Parking: 8.00<br>Mileage: 13.6X2X .50 (roundtrip) = $13.60 | 21.60 |
| 10/28/2013 | LASD Invoice re balance owed for transporting Willis to trial (9/26/13 to 10/8/13).          | 2,208.51 |
| 12/17/2013 | Courier: Delivery court courtesy copy opp mtn new trial.                                     | 40.00  |
| 1/22/2014  | Courier: Delivery court courtesy copy opp mtn new trial.                                     | 40.00  |
|            | Total additional charges                                                                     | $57,853.93 |
|            | Balance due                                                                                  | $57,853.93 |