Sonia Mercado & Associates
5711 W. Slauson Ave., Suite 100
Culver City, CA 90230

Invoice submitted to:
Tyler Willis v Vazquez, et al. - Timekeeper Angelica Ochoa
C/O Sonia Mercado & Associates

February 24, 2014

In Reference To:   Court Case No. CV 10-7390 JAK
Invoice #2500

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 2/5/2013 | PAR:<br>Conference meeting with SMM re: contention ROGS responses (.3).<br>Telephone call to opposing counsel re: contention ROGS (.1). | 0.40<br>200.00/hr | 80.00 |
| 2/8/2013 | PAR:<br>Telephone message for Diane Martinez re: defs' Request for admission to Willis (.2).<br>Create draft requests re Willis' responses to Cruz's Request for admissions (1.2). | 1.40<br>200.00/hr | 280.00 |
| 2/18/2013 | PAR:<br>Document managment: index, organize by category discovery docs produced by defendants pursuant to Protective Order 1/16/13 (COLA 2417-3562). | 3.00<br>200.00/hr | 600.00 |
| 2/19/2013 | PAR:<br>Document management: Index organize by categories docs produced by defendants pursuant to Protective Order 1/16/13 (COLA 0640-1907), label and organize binders. | 3.00<br>200.00/hr | 600.00 |
| 2/21/2013 | PAR:<br>Document management: Index and organize by categories docs produced by defendants pursuant to Protective Order 1/16/13 (COLA 1908-3562) (2.9).<br>Prepare discovery re: production binders (.5). | 3.40<br>200.00/hr | 680.00 |
| 2/22/2013 | PAR:<br>Document Management: Index and organize by categories discovery document and binders. | 2.80<br>200.00/hr | 560.00 |

Tyler Willis v Vazquez, et al. - Timekeeper Angelica Ochoa                                        Page      2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 2/27/2013 | PAR:<br>Document management: Prepare discovery re: document production binders categorization (2.0);<br>prepare discovery and pleading file copies for Mr. Pachowicz (2.0) | 4.00<br>200.00/hr | 800.00 |
| 3/18/2013 | PAR:<br>Review and draft notes on Baca's responses to ROGs (1.5).<br>Finalized document management re misc discovery docs and created index of docs, create binder and organize (1.0);<br>draft verifications re Request for admission (.6). | 3.10<br>200.00/hr | 620.00 |
| 3/28/2013 | PAR:<br>Document management, organization and indexing, Vol 8 (Sanchez's & Guerrero's documents production). | 2.80<br>200.00/hr | 560.00 |
| 4/1/2013 | PAR:<br>Mtg with SMM re: discovery document management, indexing and binders (.3).<br>Document management: drafted discovery tracking log (.6). | 0.90<br>200.00/hr | 180.00 |
| 4/3/2013 | PAR:<br>Criminal court, search Willis criminal records (1.0)<br>Document management: cross reference request and answers and organize in discovery documents (2.0) | 3.00<br>200.00/hr | 600.00 |
| 4/5/2013 | PAR:<br>Document management: Prepare discovery binders and index Vol 5-10, tracking log and pleading folder. | 2.00<br>200.00/hr | 400.00 |
| 4/10/2013 | PAR:<br>Document management: discovery re: cross-reference and organized documents produced by defendants, tracking logs. | 1.50<br>200.00/hr | 300.00 |
| 4/11/2013 | PAR:<br>Document management: Discovery re: cross-reference and organized documents produced by Guerrero. | 0.80<br>200.00/hr | 160.00 |
| 7/8/2013 | PAR:<br>Prepare selected exhibit, scan and organize in CD for expert Gasko. | 2.00<br>200.00/hr | 400.00 |
| 7/9/2013 | PAR:<br>Continue preparing organizing discovery re exhibits for expert (2.3).<br>Telephone call to Charlene re: missing exh (.2).<br>Begin to summarize Cruz's depo (1.0). | 3.50<br>200.00/hr | 700.00 |
| 7/10/2013 | PAR:<br>Continue summarizing Cruz's depo (2.0). | 2.00<br>200.00/hr | 400.00 |
| 7/11/2013 | PAR:<br>Continue summarizing Cruz's depo (2.0). | 2.00<br>200.00/hr | 400.00 |

Tyler Willis v Vazquez, et al. - Timekeeper Angelica Ochoa                                                                    Page      3

|  | Hrs/Rate | Amount |
|---|---|---|
| 7/13/2013 PAR:<br>Begin to summarize Aguilar's depo (2.). | 2.00<br>200.00/hr | 400.00 |
| 7/14/2013 PAR:<br>Continue summarizing Aguilar's depo (2.0). | 2.00<br>200.00/hr | 400.00 |
| 7/15/2013 PAR:<br>Finish Aguilar's depo summary (1.0).<br>Begin to summarize McDaniel's depo (1.0). | 2.00<br>200.00/hr | 400.00 |
| 7/16/2013 PAR:<br>Continue summarizing McDaniel's depo (1.0). | 1.00<br>200.00/hr | 200.00 |
| 7/17/2013 PAR:<br>Continue summarizing McDaniel's depo (1.5). | 1.50<br>200.00/hr | 300.00 |
| 7/18/2013 PAR:<br>Finish summarizing McDaniel's depo (2.7). | 2.70<br>200.00/hr | 540.00 |
| 9/6/2013 PAR:<br>Prepare trial notebooks for SMM (1.8);<br>prepare Motion in limine notebooks, motions, opps and replies for SMM, include pertinent cases (2.2). | 4.00<br>200.00/hr | 800.00 |
| For professional services rendered | 56.80 | $11,360.00 |
| Balance due | | $11,360.00 |