1
2
3
4
5
6
7
8

9        **UNITED STATES DISTRICT COURT**

10       **CENTRAL DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| TYLER H. WILLIS | CASE NO. CV 10-7390 JAK (DTBx) |
| Plaintiff, | [Assigned to Judge John A. Kronstadt, Courtroom "750"] |
| v. | |
| ANTHONY D. VAZQUEZ, MARK V. FARINO, PEDRO L. GUERRERO, CAPTAIN DANIEL CRUZ, SHERIFF LEROY BACA, LOS ANGELES COUNTY AND LOS ANGELES COUNTY SHERIFF DEPARTMENT, Defendants. | **AMENDED JUDGMENT ON JURY VERDICT, STIPULATION OF THE PARTIES AND COURT ORDER.** |

20

21          TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF

22   RECORD:

23          The above entitled action came on regularly for trial on September 26, 2013,

24   before Judge John A. Kronstadt in Courtroom 750, of the U.S. District Court,

25   Central District of California.  Plaintiff TYLER H. WILLIS was represented by and

26   through his attorneys of record, Sonia Mercado, Esq. of Sonia Mercado &

27   Associates, and Mark Pachowicz of the Law Offices of Mark Pachowicz.

28

1  Defendants DEPUTY ANTHONY D. VAZQUEZ, DEPUTY MARK V. FARINO,
2  DEPUTY JORGE F. SANCHEZ, DEPUTY PEDRO L. GUERRERO, SERGEANT
3  CHARLES McDANIEL, LIEUTENANT XAVIER AGUILAR, CAPTAIN
4  DANIEL CRUZ, SHERIFF LEE BACA, COUNTY OF LOS ANGELES, and LOS
5  ANGELES COUNTY SHERIFF'S DEPARTMENT, were represented by Thomas
6  C. Hurrell, Esq. and Diane Martinez, Esq. of Hurrell Cantrall LLP.

7

8       WHEREAS, a jury of eight (8) were regularly impaneled and sworn.
9  Witnesses were sworn and testified.  After hearing the evidence and arguments of
10 counsel, the jury was duly instructed by the Court and the cause was submitted to
11 the jury with directions to return a verdict on special issues.
12      WHEREAS on October 11, 2013, after the jury deliberated, it returned into
13 Court with its verdict consisting of the special issues submitted to the jury and the
14 answers given thereto by the jury.
15      WHEREAS on April 1, 2014, the Court granted LIEUTENANT XAVIER
16 AGUILAR's motion to Amend the Judgment and ordered that Judgment be entered
17 in favor of LIEUTENANT XAVIER AGUILAR as to Plaintiff's excessive force
18 claim and that the Judgment be amended accordingly.

19      **The Judgment is amended to reflect the jury findings upon the following**
20 **special verdict on the following questions submitted, upon the Court's April 1,**
21 **2014, Order and upon the parties October 15, 2013, stipulation:**

22

23

24            <u>**SPECIAL VERDICT FORM**</u>

25      Answer the questions below unless the directions advise you not to answer a
26 specific question.

27

28

DEPUTY DEFENDANTS (UNLAWFUL SEARCH CLAIM)

**QUESTION NO. 1:**  Did the plaintiff prove the following defendant(s) violated plaintiff's Fourteenth Amendment rights in relation to the search of plaintiff's person?

Please answer separately as to each defendant:

      a.    Anthony Vazquez

          YES _____    NO ___X____

      b.    Mark Farino

          YES _____    NO ___X____

      c.    Pedro Guerrero

          YES _____    NO ___X____

      d.    Jorge Sanchez

          YES _____    NO ___X____

**Answer Question No. 2 only if you answered "YES" to Question No. 1 and only as to that defendant(s).**

**QUESTION NO. 2:**  Did the plaintiff prove the defendant(s)'s conduct was the moving force that caused injury to plaintiff as to the violation of plaintiff's Fourteenth Amendment rights in relation to the search of plaintiff's person?

Please answer separately as to each defendant:

      a.    Anthony Vazquez

          YES _____    NO _____

      b.    Mark Farino

          YES _____    NO _____

      c.    Pedro Guerrero

          YES _____    NO _____

1             d.      Jorge Sanchez

2                   YES _____      NO _____

3

4 DEPUTY DEFENDANTS (EXCESSIVE FORCE CLAIM)

5

6      **QUESTION NO. 3:** Did the plaintiff prove the following defendant(s)

7 violated plaintiff's Fourteenth Amendment rights in relation to the force used

8 against plaintiff?

9      Please answer separately as to each defendant:

10             a.      Anthony Vazquez

11                   YES ___X___      NO _____

12             b.      Mark Farino

13                   YES ___X___      NO _____

14             c.      Pedro Guerrero

15                   YES ___X___      NO _____

16

17      **Answer Question No. 4 only if you answered "YES" to Question No. 3**

18 **and only as to that defendant(s).**

19

20      **QUESTION NO. 4:** Did the plaintiff prove the defendant(s)'s conduct was

21 the moving force that caused injury to plaintiff as to the violation of plaintiff's

22 Fourteenth Amendment rights in relation to the force used against plaintiff?

23          Please answer separately as to each defendant:

24             a.      Anthony Vazquez

25                   YES ___X___      NO _____

26             b.      Mark Farino

27                   YES ___X___      NO _____

28             c.      Pedro Guerrero

1       YES ___X___      NO _____

2

3   DEPUTY DEFENDANTS (BATTERY)

4

5       **QUESTION NO. 5:**  Did the plaintiff prove the following defendant(s)

6   commit a battery upon plaintiff?

7           Please answer separately as to each defendant:

8               a.      Anthony Vazquez

9                       YES _____      NO ___X____

10              b.      Mark Farino

11                      YES ___X___      NO _____

12              c.      Pedro Guerrero

13                      YES ___X___      NO _____

14

15      **Answer Question No. 6 only if you answered "YES" to Question No. 5**

16  **and only as to that defendant(s).**

17

18      **QUESTION NO. 6:**  Did the plaintiff prove the defendant(s)'s conduct was a

19  substantial factor in causing injury to plaintiff?

20          Please answer separately as to each defendant:

21              a.      Anthony Vazquez

22                      YES _____      NO _____

23              b.      Mark Farino

24                      YES ___X___      NO _____

25              c.      Pedro Guerrero

26                      YES ___X___      NO _____

27

28  DEPUTY DEFENDANTS (INTENTIONAL INFLICTION OF EMOTIONAL

1 DISTRESS)

2

3    **QUESTION NO. 7:**  Did the plaintiff prove the following defendant(s)

4 intentionally inflicted emotional distress upon plaintiff?

5         Please answer separately as to each defendant:

6              a.    Anthony Vazquez

7                    YES ___X___      NO _____

8              b.    Mark Farino

9                    YES ___X___      NO _____

10             c.    Pedro Guerrero

11                   YES ___X___      NO _____

12             d.    Jorge Sanchez

13                   YES _____      NO ___X___

14

15   **Answer Question No. 8 only if you answered "YES" to Question No. 7**

16 **and only as to that defendant(s).**

17   **QUESTION NO. 8:**  Did the plaintiff prove the defendant(s)'s conduct was a

18 substantial factor in causing injury to plaintiff as to the intentional infliction of

19 emotional distress against plaintiff?

20        Please answer separately as to each defendant:

21             a.    Anthony Vazquez

22                   YES ___X___      NO _____

23             b.    Mark Farino

24                   YES ___X___      NO _____

25             c.    Pedro Guerrero

26                   YES ___X___      NO _____

27             d.    Jorge Sanchez

28                   YES _____      NO _____

1

2   DEPUTY DEFENDANTS (NEGLIGENCE)

3

4        **QUESTION NO. 9:**  Did the plaintiff prove the following defendant(s) were

5   negligent?

6              Please answer separately as to each defendant:

7                   a.      Anthony Vazquez

8                           YES __X____      NO _____

9                   b.      Mark Farino

10                          YES __X____      NO _____

11                  c.      Pedro Guerrero

12                          YES __X____      NO _____

13                  d.      Jorge Sanchez

14                          YES __X____      NO _____

15       **Answer Question No. 10 only if you answered "YES" to Question No. 9**

16   **and only as to that defendant(s).**

17

18       **QUESTION NO. 10:**  Did the plaintiff prove the defendant(s)'s conduct was

19   a substantial factor in causing injury to plaintiff?

20             Please answer separately as to each defendant:

21                  a.      Anthony Vazquez

22                          YES ___X___      NO _____

23                  b.      Mark Farino

24                          YES ___X___      NO _____

25                  c.      Pedro Guerrero

26                          YES ___X___      NO _____

27                  d.      Jorge Sanchez

28                          YES _____      NO ___X____

SUPERVISOR DEFENDANTS

**Answer Question No. 11 only if you answered "YES" as to any defendant in response to Question No. 2 or 4.**

**QUESTION NO. 11:** Did plaintiff prove the following supervisor defendant(s) violated plaintiff's Fourteenth Amendment rights in relation to the force used against plaintiff?

Please answer separately as to each supervisor defendant:

a.   Sergeant Charles McDaniel

YES _____      NO ___X____

b.   Lieutenant Xavier Aguilar

YES _____      NO ____X___

c.   Captain Daniel Cruz

YES ___X___      NO _____

d.   Sheriff Lee Baca

YES ___X___      NO _____

**Answer Question No. 12 only if you answered "YES" to Question No. 11 and only as to that defendant(s).**

**QUESTION NO. 12:** Did the plaintiff prove the supervisor defendant(s)'s conduct was the moving force that caused injury to plaintiff?

Please answer separately as to each defendant:

a.   Sergeant Charles McDaniel

YES _____      NO _____

b.   Lieutenant Xavier Aguilar

YES _____          NO _____

    c.     Captain Daniel Cruz

YES \_\_X\_\_\_\_          NO _____

    d.     Sheriff Lee Baca

YES \_\_X\_\_\_\_          NO _____

**Answer Question No. 13 only if you answered "YES" as to any defendant in response to Question No. 2, 4, 6, 8, or 10.**

**QUESTION NO. 13:**  Did plaintiff prove that the following supervisor defendant(s) was negligent?

    Please answer separately as to each supervisor defendant:

    a.     Sergeant Charles McDaniel

YES \_\_\_X\_\_\_\_          NO _____

    b.     Lieutenant Xavier Aguilar

YES \_\_\_X\_\_\_\_          NO _____

    c.     Captain Daniel Cruz

YES \_\_\_X\_\_\_\_          NO _____

    d.     Sheriff Lee Baca

YES \_\_\_X\_\_\_\_          NO _____

**Answer Question No. 14 only if you answered "YES" to Question No. 13 and only as to that defendant(s).**

**QUESTION NO. 14:**  Did the plaintiff prove the supervisor defendant(s)'s conduct was substantial factor in causing injury to plaintiff?

    Please answer separately as to each supervisor defendant:

a.   Sergeant Charles McDaniel

YES _____   NO ___X____

b.   Lieutenant Xavier Aguilar

YES _____   NO ___X____

c.   Captain Daniel Cruz

YES ___X___   NO _____

d.   Sheriff Lee Baca

YES ___X___   NO _____

MUNICIPAL DEFENDANTS

**Answer Question No. 15 only if you answered "YES" as to any defendant in response to Question No. 2 or 4.**

**QUESTION NO. 15:**  Did the plaintiff prove the deputy defendant(s) violated plaintiff's Fourteenth Amendment rights in relation to the force claim pursuant to an expressly adopted official policy or a longstanding practice or custom of defendants County of Los Angeles and Los Angeles County Sheriff's Department?

YES ___X___   NO _____

**Answer Question No. 16 only if you answered "YES" to Question No. 15.**

**QUESTION NO. 16:**  Did the plaintiff prove the expressly adopted official policy or longstanding practice or custom of defendants County of Los Angeles and Los Angeles County Sheriff's Department was the moving force in causing injury to plaintiff?

YES ___X___   NO _____

**Answer Question No. 17 only if you answered "YES" as to any defendant(s) in response to Question Nos. 2, 4, 6, 8, 10, 12, 14, or 16. Otherwise, please answer no further questions, and have the foreperson sign and date and return this form.**

      **QUESTION NO. 17:**  What is the amount of damages, if any, that plaintiff incurred as a result of defendants' conduct?

          Past Non-Economic          $___75,000_____

          Future Non-Economic      $___50,000_____

**Answer Question No. 18 only if you answered "YES" as to any defendant(s) in response to Question Nos. 2, 4, 6, 8, 12, or 16.**

      **QUESTION NO. 18:**  Do you find that any conduct of any defendant(s) was malicious, oppressive, or in reckless disregard of any of the plaintiff's rights?

      Please answer separately as to each defendant:

          a.    Anthony Vazquez

              YES __X_____     NO _____

          b.    Mark Farino

              YES __X_____     NO _____

          c.    Pedro Guerrero

              YES __X_____     NO _____

          d.    Jorge Sanchez

              YES _____     NO ___X_____

          e.    Sergeant Charles McDaniel

              YES _____     NO ___X_____

          f.    Lieutenant Xavier Aguilar

              YES _____     NO ___X_____

g.   Captain Daniel Cruz

YES ___X___      NO _____

h.   Sheriff Lee Baca

YES ___X___      NO _____

**QUESTION NO. 19:**

*WHEREAS on October 15, 2013, the parties agreed and stipulated to have judgment entered against the following defendants for punitive damages in favor of plaintiff as follows:*

Anthony Vazquez      $___10,000_____

Pedro Guerrero       $___10,000_____

Mark Farino          $___10,000_____

Daniel Cruz          $___35,000_____

Leroy Baca           $___100,000_____

IT IS ORDERED, ADJUDGED AND DECREED that plaintiff TYLER H. WILLIS is entitled to Judgment against defendants DEPUTY ANTHONY VAZQUEZ, DEPUTY MARK FARINO, DEPUTY PEDRO GUERRERO, CAPTAIN DANIEL CRUZ, SHERIFF LEROY BACA, COUNTY OF LOS ANGELES, and LOS ANGELES COUNTY SHERIFF'S DEPARTMENT as set forth above.

DATED:  April 18, 2014

_____
THE HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT COURT JUDGE